1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   MARY TSAI, CSBN 216963
4  Special Assistant United States Attorney
5  Office of Program Litigation, Office 7
   Office of the General Counsel
6  Social Security Administration
        6401 Security Boulevard
7       Baltimore, MD 21235
        Telephone: (510) 970-4864
8       E-Mail: mary.tsai@ssa.gov
9
   Attorneys for Defendant
10

11
                    UNITED STATES DISTRICT COURT
12
                   EASTERN DISTRICT OF CALIFORNIA
13
                        SACRAMENTO DIVISION
14

15

16  KANDIS SHUNTAE BALLARD,            )   CIVIL NO. 2:24-cv-01973-CSK
                                       )
17        Plaintiff,                   )   **STIPULATION TO VOLUNTARY**
                                       )   **REMAND PURSUANT TO SENTENCE**
18        v.                           )   **FOUR OF 42 U.S.C. § 405(g) AND TO**
    COMMISSIONER OF SOCIAL SECURITY,   )   **ENTRY OF JUDGMENT; [~~PROPOSED~~]**
19                                     )   **ORDER**
          Defendant.                   )
20                                     )
                                       )
21  _____   )

22
          IT IS HEREBY STIPULATED, by and between the parties, through their undersigned
23
    attorneys, and with the approval of the Court, that the Commissioner of Social Security
24
    ("Commissioner") has agreed to a voluntary remand of this case pursuant to sentence four of 42
25
    U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.
26
          On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, further
27
    develop the record as necessary, and issue a new decision. The parties further request that the
28

    Stip. to Remand; 2:24-cv-01973-CSK

1  Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against

2  Defendant, reversing the final decision of the Commissioner.

3          Respectfully submitted this November 19, 2024

4

5  DATED:  November 19, 2024          /s/  Margaret Lehrkind*
                                      (*as authorized via e-mail on November 19, 2024
6                                     MARGARET LEHRKIND
                                      Attorney for Plaintiff
7

8  DATED: November 19, 2024          PHILLIP A. TALBERT
                                      United States Attorney
9                                     MATHEW W. PILE
                                      Associate General Counsel
10                                    Office of Program Litigation, Office 7

11
                              By:     /s/  Mary Tsai
12                                    MARY TSAI
                                      Special Assistant U.S. Attorney
13                                    Office of Program Litigation, Office 7
                                      Attorneys for Defendant
14

15

16                              **ORDER**

17          Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of

18  42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the

19  above-captioned action is remanded to the Commissioner of Social Security for further

20  proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g),

21  sentence four.  On remand, the Appeals Council will remand the case to an administrative law

22  judge (ALJ) for a new decision.

23

24  DATED:  November 21, 2024         _____
                                      HON. CHI SOO KIM
25                                    UNITED STATES MAGISTRATE JUDGE

26
    5, ball.1973.24
27

28

Stip. to Remand; 2:24-cv-01973-CSK